UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JUSTAN ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:13-cv-00413-JAW |
| | ) | |
| DAVID MILLER, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed on June 20, 2014 (ECF No. 33), the Recommended Decision is accepted.

Accordingly, the Court DENIES the Motion to Dismiss of Defendants Miller and Allen (ECF No. 24) and GRANTS the Motion to Dismiss of Defendants Bannish and Bartone (ECF No. 32).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 31st day of July, 2014